EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

EDRIC M. CHING  6697
Assistant U. S. Attorney
Att:  Financial Litigation Unit
Rm 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, HI  96850
Telephone: (808) 541-2850
Fax:       (808) 541-3752
Email: edric.ching@usdoj.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 02-00018-001 |
| | ) | |
| Plaintiff, | ) | APPLICATION FOR WRIT OF |
| | ) | CONTINUING GARNISHMENT |
| v. | ) | |
| | ) | |
| KEOKI K. KALEIKINI, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| | ) | |
| KROGER GROUP COOPERATIVE INC., | ) | |
| | ) | |
| | ) | |
| | ) | |
| Garnishee. | ) | |
| _____ | ) | |

APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

The United States of America, Plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of

Garnishment upon the judgment in a criminal case entered against the Defendant-Judgment Debtor KEOKI K. KALEIKINI, social security number XXX-XX-9748, whose last known address is: 2464 Canterbury Street, Eugene, OR 97404-1901 (hereinafter referred to as "Debtor") in the above cited action in the amount of $22,392.00, jointly and severally, with co-defendant Johnny Isham.

There is a balance of $5,281.61 that is due and owing as of March 29, 2007.

Demand for payment of the above-stated debt was made upon the Debtor at least 30 days before March 29, 2007 and the Debtor has not paid the amount due.

The Garnishee is believed to have possession of property (including nonexempt disposable earnings) in which the Debtor has a substantial nonexempt interest.

//
//
//
//
//
//
//

        The name and address of the Garnishee or his authorized agent is:

            KROGER GROUP COOPERATIVE INC.
            3800 SE 22nd Avenue
            Portland, OR 97202-2918
              Tel. No. (503) 797-3188

        DATED: <u>June 18, 2007</u>, at Honolulu, Hawaii.

                              EDWARD H. KUBO, JR.
                              United States Attorney
                              District of Hawaii

                              /s/ Edric M. Ching

                              By_____
                                EDRIC M. CHING
                                Assistant U.S. Attorney

                              Attorneys for the Plaintiff