Your Name: _____
Address:   _____
           _____
Phone:     _____

Defendant-Debtor

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>       Plaintiff,       )<br>  )<br>       v.                  )<br>  )<br>KEOKI K. KALEIKINI,        )<br>  )<br>       Defendant.          )<br>_____)<br>  )<br>KROGER GROUP COOPERATIVE INC.,)<br>  )<br>  )<br>       Garnishee.           )<br>  ) | Cr. No. 02-00018-001<br><br>REQUEST FOR HEARING FORM |

REQUEST FOR HEARING FORM

[ ] I request that the Court hold a hearing in this matter.

[ ] I think that the property the Government is taking is exempt. See the attached CLAIM FOR EXEMPTION FORM.

Dated: _____     Signature: _____