IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 02-00018-001 |
| Plaintiff, | ) ) | ANSWER OF THE GARNISHEE FORM |
| v. | ) ) | |
| KEOKI K. KALEIKINI, | ) ) ) | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII |
| Defendant, | ) ) ) | JUL 16 2007 |
| KROGER GROUP COOPERATIVE INC., | ) ) ) | at 4 o'clock and 15 min. P.M. SUE BEITIA, CLERK |
| Garnishee. | ) ) | |

ANSWER OF THE GARNISHEE FORM

I, __Chris Tiffany__, state that:

I am the (State Official Title) _Garnishment Admin_ of Garnishee, __FRED MEYER INC / PO BOX 42121 / PORTLAND, OR 97242__ a corporation, organized under the laws of the State of Hawaii.

On __6-28-07__, 2007, Garnishee was served with the Writ of Continuing Garnishment. For the pay period in effect on the date of service (shown above):

1. The Garnishee has custody, control or possession of earnings because the Debtor is or was in my/our employ. ✓ Yes. ___ No.

2. The Debtor's pay period is ✓ weekly, ___ bi-weekly ___ semi-monthly, ___ monthly. Enter the date the present pay period began. ("Present"

means the pay period in which this order and notice of garnishment were served) 6-24-07
Enter the date the above pay period ends. 6-30-07
due 7-6-07 paydate

3. The amount of the Debtor's net wages are:

   (a) Gross Pay                      $ 907.71
   (b) Federal income tax             $_____
   (c) F.I.C.A. income tax            $_____
   (d) State income tax               $_____
   Total of tax withholdings          $_____
   Net Wages                          $ 624.74
   (a less total of b,c,d)

4. Have there been previous garnishments in effect?.
   ___ Yes. ✓ No. If the answer is "yes", describe below:
   _____
   _____
   _____

5. The Garnishee has custody, control or possession of the following property (non-earnings), in which the Debtor maintains an interest, as described below: N/A

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

6. The Garnishee anticipates owing to the Debtor in the future, the following amounts:

| Amount | Estimate date or Period Due |
|---|---|
| 1. $ Varies | weekly |
| 2. $ | |
| 3. $ | |
| 4. $ | |

(Complete items 7-9 below if applicable)

2

7. The Garnishee makes the following claim of exemption on the part of the Debtor:

_____
_____
_____
_____

8. The Garnishee makes the following objections, defenses, or set-offs to the United States' right to apply the Garnishee's indebtedness to the Debtor upon the United States' claim:

_____
_____
_____
_____

9. The Garnishee was not and is not indebted or under liability to the Debtor, and the Garnishee did not or does not have in his/her possession or control any property belonging to the Debtor, or in which the Garnishee has an interest; and is not liable as Garnishee in this action for the following reason(s):

_____
_____
_____
_____
_____

The Garnishee delivered or mailed the <u>original</u> of this Answer by first class mail to the Clerk of the United States District Court, Room C-338, United States Courthouse, 300 Ala Moana Blvd., Honolulu, Hawaii 96850.

The Garnishee delivered or mailed a <u>copy</u> of this Answer by first class mail to the Debtor, KEOKI K. KALEIKINI at 2464 Canterbury Street, Eugene, OR 97404-1901.

The Garnishee delivered or mailed a <u>copy</u> of this Answer by first class mail to the United States Attorney, Att: EDRIC M. CHING, Assistant United States Attorney, Financial Litigation Unit, Room 6-100, PJKK Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii 96850.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 7-3-07.

*[signature]*
Garnishee
FRED MEYER INC
PO BOX 42121
PORTLAND, OR 97242

Chris Tiffany
(503) 797-3818
(503) 797-3350

4