FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 2 3 2007

at /2 o'clock and /T min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr. No. 02-00018-001 SOM |
| ) | |
| Plaintiff, ) | ANSWER OF THE |
| ) | GARNISHEE FORM |
| v. ) | |
| ) | |
| KEOKI K. KALEIKINI, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| KROGER GROUP COOPERATIVE INC., ) | |
| ) | |
| Garnishee. ) | |

ANSWER OF THE GARNISHEE FORM

I, __Chris Tiffany__, state that:

I am the (State Official Title) _Garnishment Admin_ of

Garnishee, __FRED MEYER INC / PO BOX 42121 / PORTLAND, OR 97242__ a corporation, organized

under the laws of the State of Hawaii.

On __6-28-07__, 2007, Garnishee was served

with the Writ of Continuing Garnishment. For the pay period in

effect on the date of service (shown above):

    1.    The Garnishee has custody, control or possession of earnings because the Debtor is or was in my/our employ. ✓ Yes. ___ No.

    2.    The Debtor's pay period is ✓ weekly, ___ bi-weekly ___ semi-monthly, ___ monthly. Enter the date the present pay period began. ("Present"

means the pay period in which this order and notice of garnishment were served) 6-24-07
Enter the date the above pay period ends. 6-30-07
due 7-6-07 paydate

3. The amount of the Debtor's net wages are:

   (a) Gross Pay                           $ 907.71
   (b) Federal income tax                  $_____
   (c) F.I.C.A. income tax                 $_____
   (d) State income tax                    $_____
   Total of tax withholdings               $_____
   Net Wages                               $ 624.74
   (a less total of b,c,d)

4. Have there been previous garnishments in effect?.
   ___ Yes.  ✓ No.  If the answer is "yes", describe below:
   _____
   _____
   _____

5. The Garnishee has custody, control or possession of the following property (non-earnings), in which the Debtor maintains an interest, as described below: N/A

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1. _____ | _____ | _____ |
| 2. _____ | _____ | _____ |
| 3. _____ | _____ | _____ |
| 4. _____ | _____ | _____ |

6. The Garnishee anticipates owing to the Debtor in the future, the following amounts:

| Amount | Estimate date or Period Due |
|---|---|
| 1. $ Varies | Weekly |
| 2. $_____ | _____ |
| 3. $_____ | _____ |
| 4. $_____ | _____ |

(Complete items 7-9 below if applicable)

2

7. The Garnishee makes the following claim of exemption on the part of the Debtor:

_____
_____
_____
_____
_____

8. The Garnishee makes the following objections, defenses, or set-offs to the United States' right to apply the Garnishee's indebtedness to the Debtor upon the United States' claim:

_____
_____
_____
_____

9. The Garnishee was not and is not indebted or under liability to the Debtor, and the Garnishee did not or does not have in his/her possession or control any property belonging to the Debtor, or in which the Garnishee has an interest; and is not liable as Garnishee in this action for the following reason(s):

_____
_____
_____
_____
_____

    The Garnishee delivered or mailed the <u>original</u> of this Answer by first class mail to the Clerk of the United States District Court, Room C-338, United States Courthouse, 300 Ala Moana Blvd., Honolulu, Hawaii 96850.

    The Garnishee delivered or mailed a <u>copy</u> of this Answer by first class mail to the Debtor, KEOKI K. KALEIKINI at 2464 Canterbury Street, Eugene, OR 97404-1901.

       The Garnishee delivered or mailed a <u>copy</u> of this Answer by first class mail to the United States Attorney, Att: EDRIC M. CHING, Assistant United States Attorney, Financial Litigation Unit, Room 6-100, PJKK Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii 96850.

       I declare under penalty of perjury that the foregoing is true and correct.

Executed on    7-3-07   .

*/s/ Chris Tiffany*
Garnishee — Chris Tiffany

FRED MEYER INC
PO BOX 42121
PORTLAND, OR 97242

(503) 797-3818
(503) 797-3350

4