THE Kroger CO.
04002/22H
WESTERN REGION
CORPORATE OFFICE
3800 S.E. 22ND AVENUE
PORTLAND, OR 97202-2999

C. TIFFANY (CHT)
04002/22H

CLERK OF THE US DISTRICT COURT
ROOM C-338
US COURTHOUSE
300 ALA MOANA BLVD
HONOLULU HI 96850

EPOMRA1 96850

PRESORTED
FIRST CLASS



Neopost
Mailed From 97202
07/02/2007
$00.341
US POSTAGE

RECEIVED
CLERK, US DISTRICT COURT
JUL 23
12:15 pm
DISTRICT OF HAWAII