EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

EDRIC M. CHING 6697
Assistant United States Attorney
ATT: Financial Litigation Unit
PJKK Federal Building, Room 6-100
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Fax:        (808) 541-3752
Email:      edric.ching@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No.  02-00018-001 |
| Plaintiff, | DECLARATION OF LISA S. YOSHIMURA (Re: Clarification of the Answer of the Garnishee) |
| vs. | |
| KEOKI K. KALEIKINI, | |
| Defendant. | |
| KROGER GROUP COOPERATIVE INC., | |
| Garnishee. | |

DECLARATION OF LISA S. YOSHIMURA
(Re: Clarification of the Answer of the Garnishee)

I, LISA S. YOSHIMURA, declare that:

1.  I am a paralegal specialist with the Financial Litigation Unit, United States Attorneys Office for the District of Hawaii, and am knowledgeable of this matter.

2.  In my capacity as such, I am knowledgeable of all monies collected on behalf of the United States Attorney's

Office, District of Hawaii, for cases assigned to the Financial Litigation Unit. I am aware of or am in custody of the records which reflect the existence of the unpaid debt of criminal Defendant Keoki K. Kaleikini, as it relates to the criminal judgment filed against Keoki K. Kaleikini in the United States Court, District of Hawaii, Criminal No. 02-00018-001, on June 26, 2002.

3. On June 18, 2007, a Writ of Continuing Garnishment was filed in the U.S. District Court, District of Hawaii, and subsequently served on Garnishee Kroger Group Cooperative, Inc.

4. On July 23, 2007, Fred Meyer, Inc., filed an Answer to the Writ of Continuing Garnishment on behalf of Garnishee Kroger Group Cooperative, Inc.

5. Chris Tiffany, Garnishment Administrator of Fred Meyer, Western Region Kroger Corporate Office, informed me by email, dated August 10, 2007, that "Kroger is the parent company for Fred Meyer and QFC and Ralphs as well as many other companies."

I declare under penalty of perjury that the foregoing is true and correct.

Executed: <u>August 13, 2007</u>, at Honolulu, Hawaii.

_____
LISA S. YOSHIMURA