EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

EDRIC M. CHING  6697
Assistant U.S. Attorney
ATT:  Financial Litigation Unit
Rm. 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Fax:        (808) 541-3752
Email:     Edric.Ching@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 02-00018-001 |
| | ) | |
| Plaintiff, | ) | GARNISHEE ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| KEOKI K. KALEIKINI, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| | ) | |
| KROGER GROUP COOPERATIVE INC., | ) | |
| | ) | |
| | ) | |
| | ) | |
| Garnishee. | ) | |
| _____ | ) | |

GARNISHEE ORDER

A Writ of Continuing Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Continuing Garnishment, the Garnishee filed an Answer on July 23, 2007, stating that at the time of

the service of the Writ it had in its custody, control or possession, property in which the Defendant-Judgment Debtor has a substantial nonexempt interest, to wit: nonexempt earnings belonging to and due Debtor KEOKI K. KALEIKINI (hereinafter referred to as "Debtor").

Nonexempt earnings are defined as 25 percent of the Debtor's disposable earnings per pay period, calculated by deducting from gross wages the following required withholdings: federal income taxes, social security and medicare taxes, state income taxes, state disability insurance, and required payments to a public employee retirement system. However, the Debtor is entitled to receive, free from garnishment, minimum net wages of $154.50 per week.

On or about June 20, 2007, Debtor was mailed certified copies of the Application for Writ of Continuing Garnishment, Writ of Continuing Garnishment, Instructions to the Garnishee, Answer of the Garnishee Form, Clerk's Notice of Post-Judgment Garnishment and Instructions to Defendant Judgment Debtor, Request for Hearing Form, Notice to Defendant-Judgment Debtor on how to Claim Exemptions, and Claim for Exemption Form. On July 23, 2007, mail was returned to our office as "unclaimed".

On or about July 12, 2007, Debtor was mailed again the above-mentioned documents by routine mail and Debtor did not request a hearing within the time allowed by 28 U.S.C. § 3202(d).

On or about <u>July 2, 2007</u>, Debtor was mailed the Answer of the Garnishee and Debtor did not request a hearing within the time allowed by 28 U.S.C. § 3205(c)(5).

IT IS ORDERED that Garnishee pay the sum of 25% of the Debtor's nonexempt earnings, each pay period to Plaintiff and continue said payments until the debt to the Plaintiff is paid in full or until the garnishee no longer has custody, possession or control of any nonexempt earnings belonging to the debtor or until further Order of this Court.

IT IS FURTHER ORDERED that the Garnishee make the checks payable to the <u>CLERK, U.S. DISTRICT COURT</u>.  The Garnishee shall include with every check a notation that the check is being submitted pursuant to the August 14, 2007, Garnishee Order in <u>United States v. Kaleikini</u>, Crim. No. 02-00018 (01).  The Garnishee shall mail the checks to the following address:

> Clerk, U.S. District Court
> Room C-338, U.S. Courthouse
> 300 Ala Moana Boulevard
> Honolulu, HI 96850

DATED:  August 14, 2007, at Honolulu, Hawaii.



/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge

<u>United States v. Keoki K. Kaleikini</u>, Cr. No. 02-00018 (01); GARNISHEE ORDER